NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000073
29-JUN-2011
02:51 PM**

NO. CAAP-10-0000073

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAROL ANN MITCHELL, Petitioner-Appellant, v.
TALBERT LIGSAY, LILIMALINI LIGSAY, et al., Respondent-Appellees

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1SS10-1-000831)

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the phrase "Appeal from the Circuit Court of the First Circuit" in the caption of the case is corrected to read "Appeal from the District Court of the First Circuit." The appellate clerk shall make the appropriate changes to the original order filed on June 28, 2011 and serve a copy of the corrected order on the parties and the clerk of the District Court of the First Circuit.

DATED: Honolulu, Hawai'i, June 29, 2011.

Associate Judge